September 1960 Term of this court, said appeal to be argued or submitted when reached. The respondent is awarded $10 costs of this motion. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of RICHARD ANOUSHIAN, as Administrator of the Estate of KARNIG ANOUSHIAN, Deceased.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ SAMUEL NEWFIELD, as Trustee, v. PAUL ETTLINGER et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ AGNES BUSHELL v. GERARD W. PURCELL et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ MOSES SMITH v. EDWARD THOMPSON et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

## SECOND DEPARTMENT, MAY, 1960

### (May 2, 1960)

■ WILLIAM COTY et al., Appellants, v. GERALD O. KAYE et al., Respondents.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ In the Matter of JOHN V. CAROTHERS, Appellant, against PEOPLE OF THE STATE OF NEW YORK, Respondent. In the Matter of JOHN V. CAROTHERS, Appellant, against PEOPLE OF THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of ROCCO CUCINO, Respondent, against ROBERT E. HERMAN, as State Rent Administrator, Appellant.— Motion to dismiss appeal granted, without costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against ROBERT J. HAAS, an Attorney, Respondent.— Motion to confirm the report of the Special Referee granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of HOPEWELL PROPERTIES, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Motion referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.